NORMAN Y. BRINTNALL, Respondent, *v.* SAMUEL M. RICE, Appellant.

*Brintnall* v. *Rice*, 63 App. Div. 54, affirmed.
(Argued January 14, 1903; decided January 30, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 3, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*P. Lewis Anderson* and *Edward A. Alexander* for appellant.

*Albert W. Venino* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.